# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: Diane M. Benner  
      Mark A. Benner

BK NO. 15-00039 RNO

Chapter 13

Debtor(s)

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of Towd Point Mortgage Trust 2019-SJ3, U.S. Bank National Association, as Indenture Trustee and index same on the master mailing list.

                            Respectfully submitted,

                            **/s/ James C. Warmbrodt, Esquire**  
                            James C. Warmbrodt, Esquire  
                            KML Law Group, P.C.  
                            BNY Mellon Independence Center  
                            701 Market Street, Suite 5000  
                            Philadelphia, PA  19106  
                            215-627-1322