```
                              United States Bankruptcy Court
                              Middle District of Pennsylvania
In re:                                                           Case No. 15-00039-RNO
Mark A. Benner                                                   Chapter 13
Diane M. Benner
         Debtors                  CERTIFICATE OF NOTICE
District/off: 0314-5          User: AutoDocke            Page 1 of 2           Date Rcvd: Apr 14, 2020
                              Form ID: fnldecnd          Total Noticed: 18
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 16, 2020.
```
db/jdb         +Mark A. Benner,    Diane M. Benner,    210 Scenic View Lane,    Lehighton, PA 18235-9167
cr              Blue Mountain Health System, f/k/a Gnaden Huetten,    c/o Scott R. Lipson, Esquire,
                 1611 Pond Road,    Suite 300,    Allentown, PA 18104-2258
cr             +SELECT PORTFOLIO SERVICING, INC.,    3815 South West Temple,    Salt Lake City, UT 84115-4412
cr              Wells Fargo Bank, N.A., Default Document Processin,    N9286-01Y, 1000 Blue Gentian Road,
                 Eagan, MN 55121-7700
4635260         Blue Mountain Health System, f/k/a,    Gnaden Huetten Memorial Hospital,
                 c/o Scott R. Lipson, Esquire,    1611 Pond Road, Suite 300,    Allentown, PA 18104-2258
4591448        +Gnaden Huetten Hospital,    211 North 12th St.,,    Lehighton, PA 18235-1195
4591449        +My Best Buy,    PO BOx 790441,    St. Louis, MO 63179-0441
5285599        +RMBS REO Holdings, LLC,    Serviced by Select Portfolio Servicing,,    3217 S. Decker Lake Dr.,
                 Salt Lake City, UT 84119-3284
5285600        +RMBS REO Holdings, LLC,    Serviced by Select Portfolio Servicing,,    3217 S. Decker Lake Dr.,
                 Salt Lake City, UT 84115,    RMBS REO Holdings, LLC,    84119-3284
4591451        +Raymour & Flanigan,    PO Box 10475,    Des Moines IA 50306-0475
4591453        +Wells Fargo,    101 North Phillips Ave,    Sioux Falls, SD 57104-6714
4601363         Wells Fargo Bank, N.A.,    PO Box 10438,    Des Moines, IA 50306-0438
4631925         Wells Fargo Bank, N.A.,    Default Document Processing,    N9286-01Y, 1000 Blue Gentian Road,
                 Eagan, MN 55121-7700
4591454        +Wells Fargo Home Equity,    Po Box 5169,    Sioux Falls, SD 57117-5169
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
4591447        +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Apr 14 2020 20:45:33      Capital One Bank,
                 PO Box 30281,    Salt Lake City, UT 84130-0281
4634446        +E-mail/Text: bnc@bass-associates.com Apr 14 2020 20:33:49      Cavalry Spv 1, LLC,
                 Assignee of Capital One Bank (USA), N.A.,    c/o Bass & Associates, P.C.,
                 3936 E. Ft. Lowell Rd, Suite #200,    Tucson, AZ 85712-1083
4591450        +E-mail/Text: Bankruptcies@nragroup.com Apr 14 2020 20:34:57      National Recovery Agency,
                 2491 Paxton ST,    Harrisburg PA 17111-1036
4628768         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 14 2020 20:45:42
                 Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk VA 23541
                                                                                             TOTAL: 4

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
4638693*         Wells Fargo Bank, N.A.,    Default Document Processing,    N9286-01Y, 1000 Blue Gentian Road,
                  Eagan, MN 55121-7700
4591452        ##+Remit Corp,    36 W. Main ST,    Bloomsburg, PA 17815-1703
4591455        ##+Zucker Goldberg & Ackerman, LLC,    200 Sheffield St., Suite 101,    Mountainside, NJ 07092-2315
                                                                                   TOTALS: 0, * 1, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 16, 2020                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 14, 2020 at the address(es) listed below:
```
              Charles J DeHart, III (Trustee)   TWecf@pamd13trustee.com
              James Warmbrodt    on behalf of Creditor   Towd Point Mortgage Trust 2019-SJ3, U.S. Bank National
               Association, as Indenture Trustee bkgroup@kmllawgroup.com
              Jason M Rapa    on behalf of Debtor 1 Mark A. Benner jrapa@rapalegal.com,
               ssprouse@rapalegal.com;mhine@rapalegal.com
```

```
District/off: 0314-5           User: AutoDocke            Page 2 of 2                    Date Rcvd: Apr 14, 2020
                               Form ID: fnldecnd          Total Noticed: 18
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
          Jason M Rapa    on behalf of Debtor 2 Diane M. Benner jrapa@rapalegal.com, ssprouse@rapalegal.com;mhine@rapalegal.com
          Jerome B Blank    on behalf of Creditor   Wells Fargo Bank, N.A. pamb@fedphe.com
          Scott R Lipson    on behalf of Creditor   Blue Mountain Health System, f/k/a Gnaden Huetten Memorial Hospital slipson@nmmlaw.com, dbarton@nmmlaw.com
          Thomas  Song    on behalf of Creditor   Wells Fargo Bank, N.A. pamb@fedphe.com
          United States Trustee   ustpregion03.ha.ecf@usdoj.gov

                                                                                                                TOTAL: 8

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Mark A. Benner,  Chapter  13

**Debtor 1**

Case No.   5:15−bk−00039−RNO

Diane M. Benner,

**Debtor 2**

Social Security No.:
xxx−xx−7172   xxx−xx−1160

Employer's Tax I.D. No.:

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered and the deposit required by the plan has been distributed.

## IT IS ORDERED THAT:

**Charles J DeHart, III (Trustee)**

is discharged as trustee of the estate of the above named debtor(s); the case is closed without a discharge having been issued for **Mark A. Benner and Diane M. Benner** in accordance with §1328 of the Bankruptcy Code.

Dated:  April 14, 2020   By the Court,

Honorable Robert N. Opel, II
United States Bankruptcy Judge
By: PamelaRadginski, Deputy Clerk

**fnldec** (05/18)