```
                            United States Bankruptcy Court
                            Middle District of Pennsylvania
In re:                                                          Case No. 15-00039-RNO
Mark A. Benner                                                  Chapter 13
Diane M. Benner
         Debtors                  CERTIFICATE OF NOTICE
District/off: 0314-5         User: AutoDocke           Page 1 of 2           Date Rcvd: Apr 15, 2020
                             Form ID: 3180W            Total Noticed: 18
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 17, 2020.
```
db/jdb         +Mark A. Benner,    Diane M. Benner,    210 Scenic View Lane,    Lehighton, PA 18235-9167
cr              Blue Mountain Health System, f/k/a Gnaden Huetten,    c/o Scott R. Lipson, Esquire,
                 1611 Pond Road,    Suite 300,    Allentown, PA 18104-2258
cr             +SELECT PORTFOLIO SERVICING, INC.,    3815 South West Temple,    Salt Lake City, UT 84115-4412
cr              Wells Fargo Bank, N.A., Default Document Processin,    N9286-01Y, 1000 Blue Gentian Road,
                 Eagan, MN 55121-7700
4635260         Blue Mountain Health System, f/k/a,    Gnaden Huetten Memorial Hospital,
                 c/o Scott R. Lipson, Esquire,    1611 Pond Road, Suite 300,    Allentown, PA 18104-2258
4591448        +Gnaden Huetten Hospital,    211 North 12th St.,,    Lehighton, PA 18235-1195
4591449        +My Best Buy,    PO BOx 790441,    St. Louis, MO 63179-0441
5285599        +RMBS REO Holdings, LLC,    Serviced by Select Portfolio Servicing,,    3217 S. Decker Lake Dr.,
                 Salt Lake City, UT 84119-3284
5285600        +RMBS REO Holdings, LLC,    Serviced by Select Portfolio Servicing,,    3217 S. Decker Lake Dr.,
                 Salt Lake City, UT 84115,    RMBS REO Holdings, LLC,    84119-3284
4631925         Wells Fargo Bank, N.A.,    Default Document Processing,    N9286-01Y, 1000 Blue Gentian Road,
                 Eagan, MN 55121-7700
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
4591447        +EDI: CAPITALONE.COM Apr 15 2020 23:28:00      Capital One Bank,    PO Box 30281,
                 Salt Lake City, UT 84130-0281
4634446        +EDI: BASSASSOC.COM Apr 15 2020 23:28:00      Cavalry Spv 1, LLC,
                 Assignee of Capital One Bank (USA), N.A.,    c/o Bass & Associates, P.C.,
                 3936 E. Ft. Lowell Rd, Suite #200,    Tucson, AZ 85712-1083
4591450        +E-mail/Text: Bankruptcies@nragroup.com Apr 15 2020 19:45:11      National Recovery Agency,
                 2491 Paxton ST,    Harrisburg PA 17111-1036
4628768         EDI: PRA.COM Apr 15 2020 23:28:00      Portfolio Recovery Associates, LLC,    POB 12914,
                 Norfolk VA 23541
4591451        +EDI: WFFC.COM Apr 15 2020 23:28:00      Raymour & Flanigan,    PO Box 10475,
                 Des Moines IA 50306-0475
4591453        +EDI: WFFC.COM Apr 15 2020 23:28:00      Wells Fargo,    101 North Phillips Ave,
                 Sioux Falls, SD 57104-6714
4601363         EDI: WFFC.COM Apr 15 2020 23:28:00      Wells Fargo Bank, N.A.,    PO Box 10438,
                 Des Moines, IA 50306-0438
4591454        +EDI: WFFC.COM Apr 15 2020 23:28:00      Wells Fargo Home Equity,    Po Box 5169,
                 Sioux Falls, SD 57117-5169
                                                                                              TOTAL: 8

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
4638693*        Wells Fargo Bank, N.A.,    Default Document Processing,    N9286-01Y, 1000 Blue Gentian Road,
                 Eagan, MN 55121-7700
4591452       ##+Remit Corp,    36 W. Main ST,    Bloomsburg, PA 17815-1703
4591455       ##+Zucker Goldberg & Ackerman, LLC,    200 Sheffield St., Suite 101,    Mountainside, NJ 07092-2315
                                                                                   TOTALS: 0, * 1, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 17, 2020                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 15, 2020 at the address(es) listed below:

```
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              James   Warmbrodt    on behalf of Creditor    Towd Point Mortgage Trust 2019-SJ3, U.S. Bank National
               Association, as Indenture Trustee bkgroup@kmllawgroup.com
              Jason M Rapa    on behalf of Debtor 1 Mark A. Benner jrapa@rapalegal.com,
               ssprouse@rapalegal.com;mhine@rapalegal.com
              Jason M Rapa    on behalf of Debtor 2 Diane M. Benner jrapa@rapalegal.com,
               ssprouse@rapalegal.com;mhine@rapalegal.com
              Jerome B Blank    on behalf of Creditor    Wells Fargo Bank, N.A. pamb@fedphe.com
              Scott R Lipson    on behalf of Creditor    Blue Mountain Health System, f/k/a Gnaden Huetten
               Memorial Hospital slipson@nmmlaw.com,   dbarton@nmmlaw.com
              Thomas   Song    on behalf of Creditor    Wells Fargo Bank, N.A. pamb@fedphe.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 8
```

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Mark A. Benner<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–7172<br>EIN   __–_____ |
| Debtor 2<br>(Spouse, if filing) | Diane M. Benner<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–1160<br>EIN   __–_____ |
| United States Bankruptcy Court   Middle District of Pennsylvania | | |
| Case number:   5:15–bk–00039–RNO | | |

# Order of Discharge                                                                 12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Mark A. Benner                                          Diane M. Benner

**By the court:**   *Robt N. Opel II* (signature)

4/15/20

Honorable Robert N. Opel, II
United States Bankruptcy Judge
By: MichaelMcHugh, Deputy Clerk

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

---

Form 3180W                     **Chapter 13 Discharge**                     page 1

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**