```
                              United States Bankruptcy Court
                              Middle District of Pennsylvania
In re:                                                              Case No. 15-00039-RNO
Mark A. Benner                                                      Chapter 13
Diane M. Benner
         Debtors                    CERTIFICATE OF NOTICE
District/off: 0314-5          User: AutoDocke            Page 1 of 2           Date Rcvd: Apr 16, 2020
                              Form ID: pdf010            Total Noticed: 18
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 18, 2020.
```
db/jdb         +Mark A. Benner,    Diane M. Benner,   210 Scenic View Lane,   Lehighton, PA 18235-9167
cr              Blue Mountain Health System, f/k/a Gnaden Huetten,   c/o Scott R. Lipson, Esquire,
                  1611 Pond Road,    Suite 300,   Allentown, PA 18104-2258
cr             +SELECT PORTFOLIO SERVICING, INC.,    3815 South West Temple,   Salt Lake City, UT 84115-4412
cr              Wells Fargo Bank, N.A., Default Document Processin,   N9286-01Y, 1000 Blue Gentian Road,
                  Eagan, MN  55121-7700
4635260         Blue Mountain Health System, f/k/a,   Gnaden Huetten Memorial Hospital,
                  c/o Scott R. Lipson, Esquire,   1611 Pond Road, Suite 300,   Allentown, PA 18104-2258
4591448        +Gnaden Huetten Hospital,    211 North 12th St.,,   Lehighton, PA 18235-1195
4591449        +My Best Buy,    PO BOx 790441,   St. Louis, MO 63179-0441
5285599        +RMBS REO Holdings, LLC,    Serviced by Select Portfolio Servicing,,   3217 S. Decker Lake Dr.,
                  Salt Lake City, UT 84119-3284
5285600        +RMBS REO Holdings, LLC,    Serviced by Select Portfolio Servicing,,   3217 S. Decker Lake Dr.,
                  Salt Lake City, UT 84115,   RMBS REO Holdings, LLC,   84119-3284
4591451        +Raymour & Flanigan,    PO Box 10475,   Des Moines IA 50306-0475
4591453        +Wells Fargo,   101 North Phillips Ave,   Sioux Falls, SD 57104-6714
4601363         Wells Fargo Bank, N.A.,    PO Box 10438,   Des Moines, IA 50306-0438
4631925         Wells Fargo Bank, N.A.,    Default Document Processing,   N9286-01Y, 1000 Blue Gentian Road,
                  Eagan, MN  55121-7700
4591454        +Wells Fargo Home Equity,    Po Box 5169,   Sioux Falls, SD 57117-5169
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
4591447        +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Apr 16 2020 19:56:25     Capital One Bank,
                  PO Box 30281,   Salt Lake City, UT 84130-0281
4634446        +E-mail/Text: bnc@bass-associates.com Apr 16 2020 19:46:01     Cavalry Spv 1, LLC,
                  Assignee of Capital One Bank (USA), N.A.,   c/o Bass & Associates, P.C.,
                  3936 E. Ft. Lowell Rd, Suite #200,   Tucson, AZ 85712-1083
4591450        +E-mail/Text: Bankruptcies@nragroup.com Apr 16 2020 19:48:14     National Recovery Agency,
                  2491 Paxton ST,   Harrisburg PA 17111-1036
4628768         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 16 2020 19:56:30
                  Portfolio Recovery Associates, LLC,   POB 12914,   Norfolk VA 23541
                                                                                             TOTAL: 4

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
4638693*        Wells Fargo Bank, N.A.,    Default Document Processing,   N9286-01Y, 1000 Blue Gentian Road,
                  Eagan, MN  55121-7700
4591452       ##+Remit Corp,    36 W. Main ST,   Bloomsburg, PA 17815-1703
4591455       ##+Zucker Goldberg & Ackerman, LLC,    200 Sheffield St., Suite 101,   Mountainside, NJ 07092-2315
                                                                                    TOTALS: 0, * 1, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 18, 2020                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 16, 2020 at the address(es) listed below:
```
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              James Warmbrodt    on behalf of Creditor    Towd Point Mortgage Trust 2019-SJ3, U.S. Bank National
               Association, as Indenture Trustee bkgroup@kmllawgroup.com
              Jason M Rapa    on behalf of Debtor 1 Mark A. Benner jrapa@rapalegal.com,
               ssprouse@rapalegal.com;mhine@rapalegal.com
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
          Jason M Rapa    on behalf of Debtor 2 Diane M. Benner jrapa@rapalegal.com,
           ssprouse@rapalegal.com;mhine@rapalegal.com
          Jerome B Blank    on behalf of Creditor    Wells Fargo Bank, N.A. pamb@fedphe.com
          Scott R Lipson    on behalf of Creditor    Blue Mountain Health System, f/k/a Gnaden Huetten
           Memorial Hospital slipson@nmmlaw.com, dbarton@nmmlaw.com
          Thomas  Song    on behalf of Creditor    Wells Fargo Bank, N.A. pamb@fedphe.com
          United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 8
```

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| **Mark A. Benner** | Chapter: | 13 |
| Debtor 1 | Case No.: | 5:15-bk-00039-RNO |
| **Diane M. Benner** | | |
| Debtor 2 | Document No.: | 54 |

## ORDER VACATING

**IT IS HEREBY ORDERED** that the Discharge of Debtors entered on April 15, 2020, is being vacated by this Order as having been entered in error, as the Debtors are not eligible for a discharge (Docket No. 25).

Dated: April 16, 2020

By the Court,

*Robert N. Opel II* (signature)

Robert N. Opel, II, Bankruptcy Judge (BI)

Order Vacating - Revised 04/18